JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOHN ARNOLD,<br><br>    Petitioner,<br><br>    v.<br><br>SAN BERNARDINO COUNTY PROBATION DEPARTMENT,<br><br>    Respondent. | Case No. ED CV 15-1649 AG (JCG)<br><br>**JUDGMENT** |

IT IS ADJUDGED that the above-captioned action is **DISMISSED WITH PREJUDICE** for the reasons set forth in the Magistrate Judge's Report and Recommendation.

DATED: October 30, 2017

HON. ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE